# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

LINDA A. VERAJA, individually and as
beneficiary of the disability policy issued to Internal
Medicine Associates,

                Plaintiff,

-vs-                                                    Case No.  2:10-cv-481-FtM-36SPC

NORTHWESTERN MUTUAL LIFE INSURANCE
COMPANY,

                Defendant.
_____

## ORDER

This matter comes before the Court on the Plaintiff, Linda A. Veraja and the Defendant, Northwestern Mutual Life Insurance Company's Joint Motion for Extension of Court Imposed Deadlines (Doc. #24)filed on May 5, 2011.  The Parties move the Court to enlarge the deadlines for filing expert reports and discovery.  As grounds, the Parties state that mediation is scheduled for May 11, 2011, and that the Parties do not wish to spend the resources on discovery when the case could potentially settle on May 11, 2011.  Therefore, the Parties move jointly for to enlarge certain deadlines in the Case Management Scheduling Order.   After a review of the Parties Motion, the Court finds good cause to grant the requested relief.

      Accordingly, it is now

      **ORDERED:**

The Plaintiff, Linda A. Veraja and the Defendant, Northwestern Mutual Life Insurance Company's Joint Motion for Extension of Court Imposed Deadlines (Doc. #24) is **GRANTED**. The Case Management and Scheduling Order is Amended as Follows:

| Disclosure of Experts    Plaintiff:<br>                                 Defendant: | **June 1, 2011**<br>**July 1, 2011** |
|---|---|
| Discovery Deadline | **August 1, 2011** |

All other deadlines in the Case Management and Scheduling Order remain the same.

**DONE AND ORDERED** at Fort Myers, Florida, this ___11th___ day of May, 2011.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record